# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **NICOLE GAUDET BECNEL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 20-248-SDD-SDJ** |
| **JON RUSSELL FOLSE, JAMIE LYNN STOKER, JERRY FOLSE AND JULIE FOLSE** | |

---

## NOTICE

Please take note that the attached Magistrate Judge's Report and Recommendation has been filed with the Clerk of the U.S. District Court for the Middle District of Louisiana.

Under 28 U.S.C. § 636(b)(1), you have **14 days** from receipt of this Notice to file written objections to the proposed findings of fact and conclusions of law in the Magistrate Judge's Report and Recommendation. A failure to object will constitute a waiver of your right to attack the factual findings on appeal.

**ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.**

Signed in Baton Rouge, Louisiana, on June 3, 2021.

**SCOTT D. JOHNSON**
**UNITED STATES MAGISTRATE JUDGE**

# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **NICOLE GAUDET BECNEL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 20-248-SDD-SDJ** |
| **JON RUSSELL FOLSE, JAMIE LYNN STOKER, JERRY FOLSE AND JULIE FOLSE** | |

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff initiated this action on April 24, 2020, seeking 1 million dollars, a new name, and a new social security number as a result of Defendants' alleged fraud. (R. Doc. 1). On July 27, 2020, the Court issued an Order (R. Doc. 4) that both denied Plaintiff's Motion to Proceed In Forma Pauperis (R. Doc. 2) and ordered Plaintiff "to pay $400.00, the full amount of the Court's filing fee," within 21 days—i.e., by August 17, 2020. (R. Doc. 4 at 1). The Order also put Plaintiff on notice that "Failure to pay the filing fee within 21 days shall result in the dismissal of the plaintiff's Complaint without further notice from the Court." (R. Doc. 4 at 1). However, Plaintiff did not comply with this Court's Order, or otherwise respond, and the filing fee has not been paid as of the date of this Report and Recommendation, despite 10 months having passed. *See* Local Rule 41(b)(2) ("If no response is received within the allotted time, the Court may dismiss the civil action."). In fact, Plaintiff has taken no action or otherwise been responsive to anything in this proceeding since she filed both her Complaint (R. Doc. 1) and Motion to Proceed In Forma Pauperis (R. Doc. 2) over a year ago.

Local Rule 41(b) allows the Court to dismiss any cause of action for the plaintiff's failure to prosecute. Plaintiff was notified that her cause of action would be dismissed if she failed to pay the filing fee by August 17, 2020. She not only failed to comply but has taken no action to further her case since its filing. And so, for the reasons given above,

**IT IS RECOMMEDED** that Plaintiff's action be **DISMISSED without prejudice** for failure to prosecute under Local Rule 41(b).

Signed in Baton Rouge, Louisiana, on June 3, 2021.

_____
**SCOTT D. JOHNSON**
**UNITED STATES MAGISTRATE JUDGE**