# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| BECNEL | CIVIL ACTION |
|---|---|
| VERSUS | 20-248-SDD-SDJ |
| FOLSE, ET AL. | |

## RULING

The Court, after carefully considering the *Complaint*[1], the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Scott D. Johnson, dated June 3, 2021, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY,**

**IT IS HEREBY ORDERED** that Plaintiff's action is DISMISSED without prejudice for failure to prosecute under Local Rule 41(b).

Signed in Baton Rouge, Louisiana the ___8___ day of July, 2021.

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 6.